ORDERED.

Dated:  March 06, 2018

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:                                                Case No. 8:17-bk-10721-CPM
Roland K Maki                                Chapter 7

       Debtor.                                 /

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(DOC. NO. 11) (RE: 5318 Poinsettia Drive, New Port Richey, FL 34652)**

**THIS CAUSE** came on for consideration upon Motion of Creditor, Wells Fargo Bank, N.A., seeking modification of the automatic stay. The Motion for Relief from the Automatic Stay (Doc. No. 11) was filed and served according to Local Rule 2002-4.  Therefore, it is:

**ORDERED**:

1. That the Motion for Relief from the Automatic Stay is hereby granted.

2. That the automatic stay is hereby modified for the sole purpose of allowing movant to obtain an _in rem_ judgment against the following described real property:

Lot 30. FLORAL PARK PARTIAL RFPLAT PHASE I, according to the plat thereof. recorded in Plat Book 10. Page 29. of the Public Records of Pasco County., Florida. Parcel Identification Number 7-26-I6-0590-00000-0300

Said property also bears a common address of

5318 Poinsettia Drive, New Port Richey, FL 34652

3. This Court makes no determination that the Debtor has defaulted on the underlining obligation.

4. This Court makes no determination on the movant's standing to request the relief sought by the motion.

5. That movant shall not seek or obtain an *in personam* judgment against the Debtor.

6. The Court waives the fourteen (14) day stay imposed pursuant to Bankruptcy Rule 4001(a)(3).

Attorney Elizabeth Eckhart is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order Prepared by: Elizabeth Eckhart

18-310821