ORDERED.

**Dated:  March 30, 2018**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 8:17-bk-10721 CPM
                                                       Chapter 7

MAKI, ROLAND K,,

       Debtor(s).

_____/

**AGREED ORDER GRANTING MOTION TO SELL
REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES,
LIENS AND INTERESTS, AND SOLICITATION OF GREATER OFFERS
AND FOR AUTHORITY TO IMMEDIATELY PAY THE APPLICABLE TAXES
(5318 Poinsettia Dr., New Port Richey, FL 34652 and
7226 Jenner Ave., New Port Richey, FL 34655)**

THIS CASE came on for consideration without a hearing upon the Motion to Sell

Real Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater

Offers and for Authority to Immediately Pay the Applicable Taxes filed by Christine L.

Herendeen, Chapter 7 Trustee in the above-captioned Chapter 7 Case (Doc. No.  19, the

"**Motion**") and the Limited Objection filed by Secured Creditor, Bank of America, N.A.

(Doc No. 22, the "**Objection**").  The motion was served upon all interested parties with the

Local Rule 2002-4 negative notice legend informing the parties of their opportunity to

object within 21 days of the date of service and the only objection has been filed by Bank of America, N.A.  By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. The Court has considered the Motion, together with the record, and is satisfied that the Motion is well taken and should be granted. Accordingly, it is

**ORDERED**:

1.	The Motion is granted.

2.	The notice of the Motion is approved as proper and adequate under the circumstances.

3.	The Trustee is authorized to sell the real property located at:

**Address No. 1:**	**5318 Poinsettia Dr., New Port Richey, FL 34652**

Legal:	Lot 30, of Floral Park Partial Replat Phase I, according to the plat thereof recorded in Plat Book 10, Page 29 et seq., of the Public Records of Pasco County, Florida.

**Address No. 2:**	**7226 Jenner Ave., New Port Richey, FL 34655**

Legal:	Lot 763, Seven Springs Homes Unit Four, According to the map or plat thereof, as recorded in Plan Book 14, Pages 104 and 105, of the Public Records of Pasco County, Florida.

(the "**Real Property**"), subject to all liens, encumbrances or interests of any party and in accordance with the terms provided for in the Motion.

4.	The Trustee is authorized to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) in the Real Property to

the ultimate purchaser which shall reflect that the transfer is subject to all encumbrances, including the mortgage of Bank of America, N.A. its successors and assigns.

5.    The ultimate purchaser is authorized to communicate with any and all secured lienholders regarding the future disposition of the Property, and to that end, any unsatisfied liens or encumbrances of record.

6.    The Trustee is authorized to immediately pay the Applicable Taxes incident to recording the Trustee's Deed, as described in the Motion.

7.    The mortgage and lien on Real Property in favor of Bank of America, N.A., to the extent it is currently valid and enforceable, shall remain valid and enforceable notwithstanding the authorized sale above.

8.    The Rule 6004(h) stay period is waived and this Order shall be effective and enforceable immediately upon entry.

Attorney Christine L. Herendeen is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.