UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:17-bk-10721-CPM
Chapter 7

MAKI, ROLAND K,

      Debtor.
_____/

## BILL OF SALE

Christine L. Herendeen, the Trustee in the above-captioned estate, has sold the estate's interest in **7226 Jenner Ave., New Port Richey, FL 34655** to Black Point Assets, Inc. as Trustee of the 7226 Jenner Avenue Land Trust and Star Pointe Capital, LLC, as Trustee of the 7226JA Land Trust and acknowledges receipt of gross sale proceeds of $5,643.60, which includes the purchase price, Florida documentary stamp taxes of $625.10 and recording costs of $18.50; and the estate's interest in **5318 Poinsettia Dr., New Port Richey, FL 34652 to** Black Point Assets, Inc. as Trustee of the 5318 Poinsettia Drive Land Trust and Star Pointe Capital, LLC, as Trustee of the 5318 PD Land Trust, and acknowledges receipt of gross sale proceeds of $4,415.80, which includes purchase price, Florida documentary stamp taxes of $797.30 and recording costs of $18.50. The properties are described in more detail below:

**Address No. 1**:     5318 Poinsettia Dr., New Port Richey, FL 34652

Legal:     Lot 30, of Floral Park Partial Replat Phase I, according to the plat thereof recorded in Plat Book 10, Page 29 et seq., of the Public Records of Pasco County, Florida.

**Address No. 2**:     7226 Jenner Ave., New Port Richey, FL 34655

Legal:     Lot 763, Seven Springs Homes Unit Four, According to the map or plat thereof, as recorded in Plan Book 14, Pages 104 and 105, of the Public Records of Pasco County, Florida.

Dated:  May 3, 2018

                                      Respectfully submitted,

                                      /s/ Christine L. Herendeen
                                      Christine L. Herendeen, Trustee
                                      P.O. Box 152348
                                      Tampa, FL 33684
                                      (813) 438-3833

Copies served via CM/ECF: U.S. Trustee and Debtor's Attorney

This instrument prepared by:
Christine L. Herendeen
Herendeen Law LLC
P.O. Box 152348
Tampa, FL 33684

Documentary Stamp Tax based on
total consideration of $89,300.00

```
2018069431

Rcpt:1951629    Rec: 18.50
DS: 625.10      IT: 0.00
04/25/2018  K. D. K., Dpty Clerk

PAULA S. O'NEIL,Ph.D PASCO CLERK & COMPTROLLER
04/25/2018 11:14am  1 of 2
OR BK 9714  PG 1491
```

## TRUSTEE'S QUITCLAIM DEED

This Trustee's Quitclaim Deed is made this the 6th day of April, 2018, by and between Christine L. Herendeen, as Trustee of the Chapter 7 Bankruptcy Estate of Roland K Maki, Case No. 8:17-bk-10721-CPM (hereinafter referred to as "Grantor") and Black Point Assets, Inc., as Trustee of the 7226 Jenner Ave., whose address is 13014 N. Dale Mabry Hwy., #357, Tampa, Florida 33618 and Star Pointe Capital, LLC, as Trustee of the 7226JA Land Trust whose address is 8015 International Drive; #405; Orlando, Florida 32819 (hereinafter referred to as "Grantee"). Grantor, for and in consideration of Ten Dollars ($10.00) paid by Grantee to Grantor, the receipt of which is hereby acknowledged, and which was paid into the estate in conjunction with the sale of a real property, does hereby remise, release, convey and quitclaim to Grantee's and the estate's interest in the following described property in Pasco County, Florida; said conveyance subject to and all liens and encumbrances, if any thereon:

Bankruptcy Estate's interest in real property located at 7226 Jenner Ave., New Port Richey, FL 34655 and more particularly described as follows:

Lot 763, Seven Springs Homes Unit Four, According to the map or plat thereof, as recorded in Plan Book 14, Pages 104 and 105, of the Public Records of Pasco County, Florida.

Parcel ID Number: 22-26-16-004C-00000-7630

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining, and any fixtures and non-exempt appliances contained therein.

SUBJECT TO: All existing liens, covenants, restrictions, easements of record; taxes for the current or prior years; and mortgage(s) or other encumbrances of record, including but not limited to, the mortgage dated December 29, 2006, and recorded on January 2, 2007, at Official Records Book 7333, Page 1176, and the mortgage dated December 29, 2006 and recorded January 12, 2007 at Official Records Book 7349, Page 374.
The above-described property is not the homestead property of the Grantor.

The Grantee and its successors, and/or assigns shall have the benefit of and Grantor does hereby assign unto Grantee any defense available to the Grantor, including statutes of limitation, statutes of frauds, usury, standing, negotiability, conditions precedent to foreclosure and all other personal defenses. The intent of the Grantor shall include the rights of the Grantor with respect to any rights the Grantor or debtor has. A waiver of any such defense by the Grantor or debtor, after the date of this Trustee's Deed does not bind the Grantee or its successors or assigns.

Roland K Maki filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, Case No. 8:17-bk-10721-CPM. Christine L. Herendeen was appointed Trustee pursuant to the Notice of Chapter 7 Case, Meeting of Creditors & Deadlines and Appointment. Upon the opening of the case, all non exempt property is vested in the Trustee for administration, and Christine L. Herendeen as Trustee, is authorized to convey all

OR BK **9714** PG **1492**
2 of 2

Real Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater Offers, served on creditors and parties in interest.

This sale is made pursuant to Order entered by the presiding Bankruptcy Judge of the United States Bankruptcy Court for the Middle District of Florida, approving the sale of the real property. The Grantor does not warrant or otherwise guarantee in any way the title that passes to the Grantee by virtue of this Quitclaim Deed.

WITNESS the following signature and seal.

_____
CHRISTINE L. HERENDEEN, TRUSTEE
and only as Trustee for the Bankruptcy Estate of
Roland K Maki, Case number 8:17-bk-10721-CPM
P.O. Box 152348
Tampa, FL, 33684

Executed in the presence of:

_____        _____
WITNESS                                 WITNESS
Tyler White                             HAZEL P. FOLKS
PRINTED NAME                            PRINTED NAME

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was acknowledged before me this 6th day of April, 2018, by CHRISTINE HERENDEEN, Chapter 7 Bankruptcy Trustee, who is personally known to me or produced _____ as identification.

_____
Notary Public
My commission expires: 12-25-20

HAZEL P. FOLKS
MY COMMISSION # GG 025149
EXPIRES: December 25, 2020
Bonded Thru Notary Public Underwriters

2018069432

Rcpt: 1951630    Rec: 18.50
DS: 797.30    IT: 0.00
04/25/2018 K. D. K., Dpty Clerk

PAULA S. O'NEIL, Ph.D. PASCO CLERK & COMPTROLLER
04/25/2018 11:16am  1 of 2
OR BK 9714 PG 1493

This instrument prepared by:
Christine L. Herendeen
Herendeen Law LLC
P.O. Box 152348
Tampa, FL 33684

Documentary Stamp Tax based on
total consideration of $113,900.00

## TRUSTEE'S QUITCLAIM DEED

This Trustee's Quitclaim Deed is made this the 6th day of April, 2018, by and between Christine L. Herendeen, as Trustee of the Chapter 7 Bankruptcy Estate of Roland K Maki, Case No. 8:17-bk-10721-CPM (hereinafter referred to as "Grantor") and Black Point Assets, Inc., as Trustee of the 5318 Poinsettia Dr. Land Trust, whose address is 13014 N. Dale Mabry Hwy., #357, Tampa, Florida 33618 and Star Pointe Capital, LLC, as Trustee of the 5318PD Land Trust whose address is 8015 International Drive; #405; Orlando, Florida 32819 (hereinafter referred to as "Grantee"). Grantor, for and in consideration of Ten Dollars ($10.00) paid by Grantee to Grantor, the receipt of which is hereby acknowledged, and which was paid into the estate in conjunction with the sale of a real property, does hereby remise, release, convey and quitclaim to Grantee's and the estate's interest in the following described property in Pasco County, Florida; said conveyance subject to and all liens and encumbrances, if any thereon:

**Bankruptcy Estate's interest in real property located at 5318 Poinsettia Dr., New Port Richey, FL 34652 and more particularly described as follows:**

Lot 30, of Floral Park Partial Replat Phase I, according to the plat thereof recorded in Plat Book 10, Page 29 et seq., of the Public Records of Pasco County, Florida.
Parcel ID Number: 17-26-16-0590-00000-0030

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining, and any fixtures and non-exempt appliances contained therein.

SUBJECT TO: All existing liens, covenants, restrictions, easements of record; taxes for the current or prior years; and mortgage(s) or other encumbrances of record, including but not limited to, the mortgage dated March 17, 2006, and recorded on April 10, 2006, at Official Records Book 6930, Page 273.
The above-described property is not the homestead property of the Grantor.

The Grantee and its successors, and/or assigns shall have the benefit of and Grantor does hereby assign unto Grantee any defense available to the Grantor, including statutes of limitation, statutes of frauds, usury, standing, negotiability, conditions precedent to foreclosure and all other personal defenses. The intent of the Grantor shall include the rights of the Grantor with respect to any rights the Grantor or debtor has. A waiver of any such defense by the Grantor or debtor, after the date of this Trustee's Deed does not bind the Grantee or its successors or assigns.

Roland K Maki filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, Case No. 8:17-bk-10721-CPM. Christine L. Herendeen was appointed Trustee pursuant to the Notice of Chapter 7 Case, Meeting of Creditors & Deadlines and Appointment. Upon the opening of the case, all non exempt property is vested in the Trustee for administration, and Christine L. Herendeen as Trustee, is authorized to convey all property and interests in property of the bankruptcy estate. The conveyance of the property by the Grantor to the Grantee is subject to all liens and encumbrances thereon pursuant to the Motion to Sell

OR BK **9714** PG **1494**
2 of 2

Real Property Subject to All Encumbrances, Liens and Interests and Solicitation of Greater Offers, served on creditors and parties in interest.

    This sale is made pursuant to Order entered by the presiding Bankruptcy Judge of the United States Bankruptcy Court for the Middle District of Florida, approving the sale of the real property. The Grantor does not warrant or otherwise guarantee in any way the title that passes to the Grantee by virtue of this Quitclaim Deed.

**WITNESS the following signature and seal.**

_(signature)_

**CHRISTINE L. HERENDEEN, TRUSTEE**
and only as Trustee for the Bankruptcy Estate of
Roland K Maki, Case number 8:17-bk-10721-CPM
P.O. Box 152348
Tampa, FL, 33684

Executed in the presence of:

_(signature)_          _(signature)_
**WITNESS**          **WITNESS**
Tyler White          Hazel P. Folks
**PRINTED NAME**          **PRINTED NAME**

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

The foregoing instrument was acknowledged before me this 6th day of April, 2018, by CHRISTINE HERENDEEN, Chapter 7 Bankruptcy Trustee, who is personally known to me or produced _____ as identification.

_(signature) Hazel P. Folks_
Notary Public
My commission expires: 12-25-20

HAZEL P. FOLKS
MY COMMISSION # GG 025149
EXPIRES: December 25, 2020
Bonded Thru Notary Public Underwriters