**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

In re:  MAKI, ROLAND K    §    Case No. 8:17-bk-10721-CPM
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/29/2017. The undersigned trustee was appointed on 01/02/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of     $     15,698.06

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,459.40 |
| Bank service fees | 36.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 4,000.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 10,202.50 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/10/2018 and the deadline for filing governmental claims was 06/27/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,919.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,919.81, for a total compensation of $1,919.81[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $155.95 for total expenses of $155.95[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2018                    By: /s/ Christine Herendeen
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 8:17-bk-10721-CPM
Case Name: MAKI, ROLAND K
For Period Ending: 06/14/2018

Trustee Name: (290278) Christine L. Herendeen
Date Filed (f) or Converted (c): 12/29/2017 (f)
§ 341(a) Meeting Date: 01/31/2018
Claims Bar Date: 05/10/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1201 Kingswood Dr., Clearwater, FL 33759-0000, P | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 5318 Poinsettia Dr., New Port Richey, FL 34652-0 | 83,000.00 | 0.00 | | 4,415.80 | FA |
| 3 | 7226 Jenner Ave., New Port Richey, FL 34655-0000 | 99,000.00 | 14,756.00 | | 5,643.60 | FA |
| 4 | Cash | 100.00 | 0.00 | OA | 0.00 | FA |
| 5 | Checking: Regions Bank | 10.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking: Bank of America | 10.00 | 0.00 | OA | 0.00 | FA |
| 7 | Living Room Desk, 2 tables, 2 chairs; Dining Roo | 550.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2 TVs, 1 laptop, 1 printer | 140.00 | 0.00 | OA | 0.00 | FA |
| 9 | Wall decorations; lawn mower, weedeater | 100.00 | 0.00 | OA | 0.00 | FA |
| 10 | Clothing | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | 401 (k): Vanguard | 19,129.00 | 0.00 | OA | 0.00 | FA |
| 12 | Federal Retirement Account: Thift Savings Plan | 1,019.14 | 0.00 | OA | 0.00 | FA |
| 13 | 2007 Dodge Nitro, 147,605 miles. Entire property | 1,600.00 | 560.00 | | 560.00 | FA |
| 14 | 1997 Toyota Tercel, 150,000+ miles. Entire prope | 680.00 | 680.00 | | 680.00 | FA |
| 15* | Tax refund (u) (See Footnote) | 398.66 | 398.66 | | 398.66 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$390,786.80** | **$16,394.66** | | **$11,698.06** | **$0.00** |

RE PROP# 15    Tax refund of $402.00. Pro rata estate portion of $398.66 and pro rata non-estate portion of $3.34.

**Major Activities Affecting Case Closing:**

06/12/18: Claims reviewed and no objections necessary. Case ready for closing.
05/03/18: Deeds recorded and Bill of Sale filed re the real property sales.
03/30/18: Order entered granting Motion to Sell Real Property Subject to Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes.
02/20/18: Filed Report and Notice of Intention to Sell Property and Notice of Abandonment
02/13/18: Filed and serve Motion to Sell Real Property Subject to Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes.

Initial Projected Date Of Final Report (TFR):    Current Projected Date Of Final Report (TFR):

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6666 Checking Account |
| For Period Ending: | 06/14/2018 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/18 | | Roland Maki | Funds for buyback of excess equity in personal property pursuant to Notice of Sale (Doc. No. 20). 03/02/18 clh | | 1,240.00 | | 1,240.00 |
| | {14} | | | 1129-000 $680.00 | | | 1,240.00 |
| | {13} | | | 1129-000 $560.00 | | | 1,240.00 |
| 03/07/18 | | FL Mortgage Resolutions Co. | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19). clh | 1180-000 | 4,000.00 | | 5,240.00 |
| 03/15/18 | | To Account #******6667 | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19) trasferred to separate acct for waiver of bank fees pending auction. clh | 9999-000 | | 4,000.00 | 1,240.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,230.00 |
| 04/07/18 | | To Account #******6666 | Transferring funds to return good faith deposit to unsuccessful bidder on real property sale. | 9999-000 | 4,000.00 | | 5,230.00 |
| 04/07/18 | 101 | FL Mortgage Resolutions Co. | Return good faith deposit to unsuccessful bidder on real property sale pursuant to Order Granting Motion to Sell (Doc. No. 28). | 8500-002 | | 4,000.00 | 1,230.00 |
| 04/16/18 | {15} | Roland Maki | Tax refund of $402.00. Pro rata estate portion of $398.66 and pro rata non-estate portion of $3.34. | 1224-000 | 398.66 | | 1,628.66 |
| 04/21/18 | {2} | Star Pointe Capital LLC | Funds for sale of real property interest in 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 4,315.10 | | 5,943.76 |
| 04/21/18 | {3} | Star Pointe Capital LLC | Funds for sale of real property interest in 7226 Jenner Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 5,643.60 | | 11,587.36 |
| 04/23/18 | 102 | Clerk of Court | Payment of FL documentary stamp tax on 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 797.30 | 10,790.06 |
| 04/23/18 | 103 | Clerk of Court | Payment of recording costs on 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 18.50 | 10,771.56 |
| 04/23/18 | 104 | Clerk of Court | Payment of FL documentary stamp tax on 7226 Jenner Ave. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 625.10 | 10,146.46 |
| 04/23/18 | 105 | Clerk of Court | Payment of recording costs on 7226 Jenner Ave. pursuant to | 2500-000 | | 18.50 | 10,127.96 |

Page Subtotals: $19,597.36  $9,469.40

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6666 Checking Account |
| For Period Ending: | 06/14/2018 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Order Granting Motion to Sell (Doc. No. 28). | | | | |
| 04/24/18 | {2} | Star Pointe Capital LLC | Funds for sale of real property interest in 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 100.70 | | 10,228.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 10,218.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.16 | 10,202.50 |
| | | **COLUMN TOTALS** | | | 19,698.06 | 9,495.56 | $10,202.50 |
| | | Less: Bank Transfers/CDs | | | 4,000.00 | 4,000.00 | |
| | | **Subtotal** | | | 15,698.06 | 5,495.56 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$15,698.06** | **$5,495.56** | |

*{ } Asset Reference(s)*   UST Form 101-7-TFR (5/1/2011)   *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6667 Escrow Account |
| For Period Ending: | 06/14/2018 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/15/18 | | From Account #******6666 | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19) trasferred to separate acct for waiver of bank fees pending auction.  clh | 9999-000 | 4,000.00 | | 4,000.00 |
| 04/07/18 | | To Account #******6666 | Transferring funds to return good faith deposit to unsuccessful bidder on real property sale. | 9999-000 | | 4,000.00 | 0.00 |
| | | **COLUMN TOTALS** | | | **4,000.00** | **4,000.00** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 4,000.00 | **4,000.00** | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 8:17-bk-10721-CPM | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | MAKI, ROLAND K | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3512 | **Account #:** | ******6667 Escrow Account |
| **For Period Ending:** | 06/14/2018 | **Blanket Bond (per case limit):** | $26,930,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $15,698.06 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $4,000.00 |
| Net Estate: | $11,698.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6666 Checking Account | $15,698.06 | $5,495.56 | $10,202.50 |
| ******6667 Escrow Account | $0.00 | $0.00 | $0.00 |
| | **$15,698.06** | **$5,495.56** | **$10,202.50** |

UST Form 101-7-TFR (5/1/2011)

Printed: 06/14/18 10:43            **Exhibit C**            Page: 1
**Claims Distribution Register**

**Case:**    8:17-bk-10721-CPM MAKI, ROLAND K

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 06/12/18 | 200 | Christine L. Herendeen<br>Herendeen Law, LLC<br>P.O. Box 152348<br>Tampa, FL 33684<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | $ 1,237.50 | $ 1,237.50 | $ 0.00 | $ 1,237.50 | $ 1,237.50 |
| | 06/14/18 | 200 | Christine Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2100-00 Trustee Compensation> | $ 1,919.81 | $ 1,919.81 | $ 0.00 | $ 1,919.81 | $ 1,919.81 |
| | 06/13/18 | 200 | Christine Herendeen<br>P.O. Box 152348<br>Tampa, FL 33684<br><2200-00 Trustee Expenses> | $ 155.95 | $ 155.95 | $ 0.00 | $ 155.95 | $ 155.95 |
| | | | Total for Priority 200:   100% Paid | $ 3,313.26 | $ 3,313.26 | $ 0.00 | $ 3,313.26 | $ 3,313.26 |
| | | | Total for Admin Ch. 7 Claims: | $ 3,313.26 | $ 3,313.26 | $ 0.00 | $ 3,313.26 | $ 3,313.26 |
| **Unsecured Claims:** | | | | | | | | |
| 1-1 | 02/09/18 | 610 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>MEMO: History: Details1-1 02/09/2018Claim #1 filed by Discover Bank, Amount claimed: $3045.86 (Discover Bank (MD)) | $ 3,045.86 | $ 3,045.86 | $ 0.00 | $ 3,045.86 | $ 321.35 |
| 2-1 | 02/21/18 | 610 | First National Bank of Omaha<br>1620 Dodge Street, Stop code 3105<br>Omaha, NE 68197<br><7100-00 Section 726(a)(2) General Unsecured Claims><br>MEMO: History: Details2-1 02/21/2018Claim #2 filed by First National Bank of Omaha, Amount claimed: $3660.70 (First National Bank of Omaha (CH)) | $ 3,660.70 | $ 3,660.70 | $ 0.00 | $ 3,660.70 | $ 386.22 |
| 3 | 03/27/18 | 610 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,736.94 | $ 1,736.94 | $ 0.00 | $ 1,736.94 | $ 183.26 |
| 4 | 04/19/18 | 610 | Quantum3 Group LLC as agent forSecond Round Sub LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,299.45 | $ 2,299.45 | $ 0.00 | $ 2,299.45 | $ 242.60 |

# Exhibit C
## Claims Distribution Register

**Case:** 8:17-bk-10721-CPM MAKI, ROLAND K

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 04/20/18 | 610 | Absolute Resolutions Investments, LLC c/o Five Lakes Agency, Inc. P.O. Box 80730 Rochester, MI 48308-0730 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 9,414.96 | $ 9,414.96 | $ 0.00 | $ 9,414.96 | $ 993.32 |
| 6 | 05/01/18 | 610 | Quantum3 Group LLC as agent for Velocity Investments LLC PO Box 788 Kirkland, WA 98083-0788 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 20,814.53 | $ 20,814.53 | $ 0.00 | $ 20,814.53 | $ 2,196.03 |
| 7 | 05/03/18 | 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Service PO Box 19008 Greenville, SC 29602 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 4,507.39 | $ 4,507.39 | $ 0.00 | $ 4,507.39 | $ 475.55 |
| 8 | 05/03/18 | 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.al Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 3,322.81 | $ 3,322.81 | $ 0.00 | $ 3,322.81 | $ 350.57 |
| 9 | 05/03/18 | 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,997.06 | $ 2,997.06 | $ 0.00 | $ 2,997.06 | $ 316.20 |
| 10 | 05/03/18 | 610 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,403.87 | $ 2,403.87 | $ 0.00 | $ 2,403.87 | $ 253.62 |
| 11 | 05/03/18 | 610 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 2,521.90 | $ 2,521.90 | $ 0.00 | $ 2,521.90 | $ 266.07 |
| 12 | 05/03/18 | 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 <7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,577.34 | $ 1,577.34 | $ 0.00 | $ 1,577.34 | $ 166.42 |

# Exhibit C
# Claims Distribution Register

**Case:    8:17-bk-10721-CPM MAKI, ROLAND K**

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 13 | 05/04/18 | 610 | Ashley Funding Services, LLC its successors andassigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 432.00 | $ 432.00 | $ 0.00 | $ 432.00 | $ 45.58 |
| 14 | 05/04/18 | 610 | Largo Medical CenterResurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 425.00 | $ 425.00 | $ 0.00 | $ 425.00 | $ 44.84 |
| 15 | 05/09/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 412914<br>Norfolk, VA 23541<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 1,071.95 | $ 1,071.95 | $ 0.00 | $ 1,071.95 | $ 113.10 |
| 16 | 05/09/18 | 610 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-00 Section 726(a)(2) General Unsecured Claims> | $ 5,066.25 | $ 5,066.25 | $ 0.00 | $ 5,066.25 | $ 534.51 |
| | | | Total for Priority 610:    10.55046% Paid | $ 65,298.01 | $ 65,298.01 | $ 0.00 | $ 65,298.01 | $ 6,889.24 |
| | | | Total for Unsecured Claims: | $ 65,298.01 | $ 65,298.01 | $ 0.00 | $ 65,298.01 | $ 6,889.24 |
| | | | Total for Case: | $ 68,611.27 | $ 68,611.27 | $ 0.00 | $ 68,611.27 | $ 10,202.50 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:17-bk-10721-CPM
Case Name: MAKI, ROLAND K
Trustee Name: Christine L. Herendeen

**Balance on hand:** $ 10,202.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,202.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine Herendeen | 1,919.81 | 0.00 | 1,919.81 |
| Trustee, Expenses - Christine Herendeen | 155.95 | 0.00 | 155.95 |
| Attorney for Trustee Fees - Christine L. Herendeen | 1,237.50 | 0.00 | 1,237.50 |

Total to be paid for chapter 7 administrative expenses: $ 3,313.26
Remaining balance: $ 6,889.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,889.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,889.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $65,298.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Discover Bank Discover Products Inc | 3,045.86 | 0.00 | 321.35 |
| 2-1 | First National Bank of Omaha | 3,660.70 | 0.00 | 386.22 |
| 3 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP | 1,736.94 | 0.00 | 183.26 |
| 4 | Quantum3 Group LLC as agent forSecond Round Sub LLC | 2,299.45 | 0.00 | 242.60 |
| 5 | Absolute Resolutions Investments, LLCc/o Five Lakes Agency, Inc. | 9,414.96 | 0.00 | 993.32 |
| 6 | Quantum3 Group LLC as agent forVelocity Investments LLC | 20,814.53 | 0.00 | 2,196.03 |
| 7 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 4,507.39 | 0.00 | 475.55 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.al | 3,322.81 | 0.00 | 350.57 |
| 9 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 2,997.06 | 0.00 | 316.20 |
| 10 | MERRICK BANKResurgent Capital Services | 2,403.87 | 0.00 | 253.62 |
| 11 | LVNV Funding, LLC its successors and assigns asassignee of FNBM, LLC | 2,521.90 | 0.00 | 266.07 |
| 12 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 1,577.34 | 0.00 | 166.42 |
| 13 | Ashley Funding Services, LLC its successors andassigns as assignee of Laboratory Corporation of America Holdings | 432.00 | 0.00 | 45.58 |
| 14 | Largo Medical CenterResurgent Capital Services | 425.00 | 0.00 | 44.84 |
| 15 | Portfolio Recovery Associates, LLC | 1,071.95 | 0.00 | 113.10 |
| 16 | Portfolio Recovery Associates, LLC | 5,066.25 | 0.00 | 534.51 |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 6,889.24 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**