**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

In re: MAKI, ROLAND K      §   Case No. 8:17-bk-10721-CPM
                           §
                           §
                           §
     Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Christine L. Herendeen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $206,108.14 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,889.24 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $4,808.82 | | |

    3) Total gross receipts of $15,698.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $11,698.06 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $288,879.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $4,808.82 | $4,808.82 | $4,808.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $84,653.84 | $65,298.01 | $65,298.01 | $6,889.24 |
| **TOTAL DISBURSEMENTS** | $373,532.84 | $70,106.83 | $70,106.83 | $11,698.06 |

4) This case was originally filed under chapter 7 on 12/29/2017. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   01/27/2019                       By:  /s/ Christine Herendeen
                                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Toyota Tercel, 150,000+ miles. Entire prope | 1129-000 | $680.00 |
| 5318 Poinsettia Dr., New Port Richey, FL 34652-0 | 1110-000 | $4,415.80 |
| 7226 Jenner Ave., New Port Richey, FL 34655-0000 | 1110-000 | $5,643.60 |
| Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19).  clh | 1180-000 | $4,000.00 |
| 2007 Dodge Nitro, 147,605 miles. Entire property | 1129-000 | $560.00 |
| Tax refund | 1224-000 | $398.66 |
| **TOTAL GROSS RECEIPTS** | | **$15,698.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FL Mortgage Resolutions Co. | Return good faith deposit to unsuccessful bidder on real property sale pursuant to Order Granting Motion to Sell (Doc. No. 28). | 8500-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,000.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bank Of America | 4110-000 | $66,937.00 | NA | NA | NA |
| N/F | Bank Of America | 4110-000 | $72,704.00 | NA | NA | NA |
| N/F | Bank Of America | 4110-000 | $17,307.00 | NA | NA | NA |
| N/F | Nationstar Mortgage LLC | 4110-000 | $94,394.00 | NA | NA | NA |
| N/F | Wells Fargo Hm Mortgag | 4110-000 | $37,537.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$288,879.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Christine Herendeen | 2100-000 | NA | $1,919.81 | $1,919.81 | $1,919.81 |
| Trustee, Expenses - Christine Herendeen | 2200-000 | NA | $155.95 | $155.95 | $155.95 |
| Attorney for Trustee Fees - Christine L. Herendeen | 3110-000 | NA | $1,237.50 | $1,237.50 | $1,237.50 |
| Costs re Sale of Property - Clerk of Court | 2500-000 | NA | $1,459.40 | $1,459.40 | $1,459.40 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $36.16 | $36.16 | $36.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,808.82** | **$4,808.82** | **$4,808.82** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Discover Bank Discover Products Inc | 7100-000 | $3,045.00 | $3,045.86 | $3,045.86 | $321.35 |
| 2-1 | First National Bank of Omaha | 7100-000 | $3,660.00 | $3,660.70 | $3,660.70 | $386.22 |
| 3 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP | 7100-000 | $1,736.00 | $1,736.94 | $1,736.94 | $183.26 |
| 4 | Quantum3 Group LLC as agent forSecond Round Sub LLC | 7100-000 | $2,299.00 | $2,299.45 | $2,299.45 | $242.60 |
| 5 | Absolute Resolutions Investments, LLCc/o Five Lakes Agency, Inc. | 7100-000 | $9,414.96 | $9,414.96 | $9,414.96 | $993.32 |
| 6 | Quantum3 Group LLC as agent forVelocity Investments LLC | 7100-000 | $19,337.00 | $20,814.53 | $20,814.53 | $2,196.03 |
| 7 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 7100-000 | $4,507.00 | $4,507.39 | $4,507.39 | $475.55 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.al | 7100-000 | $3,322.00 | $3,322.81 | $3,322.81 | $350.57 |
| 9 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 7100-000 | $2,997.00 | $2,997.06 | $2,997.06 | $316.20 |
| 10 | MERRICK BANKResurgent Capital Services | 7100-000 | $2,404.00 | $2,403.87 | $2,403.87 | $253.62 |
| 11 | LVNV Funding, LLC its successors and assigns asassignee of FNBM, LLC | 7100-000 | $2,309.00 | $2,521.90 | $2,521.90 | $266.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | 7100-000 | $1,577.00 | $1,577.34 | $1,577.34 | $166.42 |
| 13 | Ashley Funding Services, LLC its successors andassigns as assignee of Laboratory Corporation of America Holdings | 7100-000 | NA | $432.00 | $432.00 | $45.58 |
| 14 | Largo Medical CenterResurgent Capital Services | 7100-000 | $425.00 | $425.00 | $425.00 | $44.84 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | $1,071.00 | $1,071.95 | $1,071.95 | $113.10 |
| 16 | Portfolio Recovery Associates, LLC | 7100-000 | $5,066.00 | $5,066.25 | $5,066.25 | $534.51 |
| N/F | Bank Of America | 7100-000 | $9,510.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $1,376.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $3,702.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $3,128.00 | NA | NA | NA |
| N/F | Credit One Bank Na | 7100-000 | $2,309.23 | NA | NA | NA |
| N/F | Jacobs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MetLife | 7100-000 | $75.65 | NA | NA | NA |
| N/F | Regions Bankcard | 7100-000 | $1,383.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$84,653.84** | **$65,298.01** | **$65,298.01** | **$6,889.24** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | (290278) Christine L. Herendeen |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Date Filed (f) or Converted (c): | 12/29/2017 (f) |
| | | § 341(a) Meeting Date: | 01/31/2018 |
| For Period Ending: | 01/27/2019 | Claims Bar Date: | 05/10/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1201 Kingswood Dr., Clearwater, FL 33759-0000, P | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 5318 Poinsettia Dr., New Port Richey, FL 34652-0 | 83,000.00 | 0.00 | | 4,415.80 | FA |
| 3 | 7226 Jenner Ave., New Port Richey, FL 34655-0000 | 99,000.00 | 14,756.00 | | 5,643.60 | FA |
| 4 | Cash | 100.00 | 0.00 | OA | 0.00 | FA |
| 5 | Checking: Regions Bank | 10.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking: Bank of America | 10.00 | 0.00 | OA | 0.00 | FA |
| 7 | Living Room Desk, 2 tables, 2 chairs; Dining Roo | 550.00 | 0.00 | OA | 0.00 | FA |
| 8 | 2 TVs, 1 laptop, 1 printer | 140.00 | 0.00 | OA | 0.00 | FA |
| 9 | Wall decorations; lawn mower, weedeater | 100.00 | 0.00 | OA | 0.00 | FA |
| 10 | Clothing | 50.00 | 0.00 | OA | 0.00 | FA |
| 11 | 401 (k): Vanguard | 19,129.00 | 0.00 | OA | 0.00 | FA |
| 12 | Federal Retirement Account: Thrift Savings Plan | 1,019.14 | 0.00 | OA | 0.00 | FA |
| 13 | 2007 Dodge Nitro, 147,605 miles. Entire property | 1,600.00 | 560.00 | | 560.00 | FA |
| 14 | 1997 Toyota Tercel, 150,000+ miles. Entire prope | 680.00 | 680.00 | | 680.00 | FA |
| 15* | Tax refund (u) (See Footnote) | 398.66 | 398.66 | | 398.66 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$390,786.80** | **$16,394.66** | | **$11,698.06** | **$0.00** |

RE PROP# 15    Tax refund of $402.00.  Pro rata estate portion of $398.66 and pro rata non-estate portion of $3.34.

**Major Activities Affecting Case Closing:**

06/12/18:  Claims reviewed and no objections necessary. Case ready for closing.
05/03/18:  Deeds recorded and Bill of Sale filed re the real property sales.
03/30/18:  Order entered granting Motion to Sell Real Property Subject to Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes.
02/20/18:  Filed Report and Notice of Intention to Sell Property and Notice of Abandonment
02/13/18:  Filed and serve Motion to Sell Real Property Subject to Encumbrances, Liens and Interests and Solicitation of Greater Offers and for Authority to Immediately Pay the Applicable Taxes.

| Initial Projected Date Of Final Report (TFR): | Current Projected Date Of Final Report (TFR): 06/15/2018 (Actual) |
|---|---|

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6666 Checking Account |
| For Period Ending: | 01/27/2019 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/18 | | Roland Maki | Funds for buyback of excess equity in personal property pursuant to Notice of Sale (Doc. No. 20).  03/02/18 clh | | 1,240.00 | | 1,240.00 |
| | {14} | | $680.00 | 1129-000 | | | 1,240.00 |
| | {13} | | $560.00 | 1129-000 | | | 1,240.00 |
| 03/07/18 | | FL Mortgage Resolutions Co. | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19).  clh | 1180-000 | 4,000.00 | | 5,240.00 |
| 03/15/18 | | To Account #******6667 | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19) trasferred to separate acct for waiver of bank fees pending auction.  clh | 9999-000 | | 4,000.00 | 1,240.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,230.00 |
| 04/07/18 | | To Account #******6666 | Transferring funds to return good faith deposit to unsuccessful bidder on real property sale. | 9999-000 | 4,000.00 | | 5,230.00 |
| 04/07/18 | 101 | FL Mortgage Resolutions Co. | Return good faith deposit to unsuccessful bidder on real property sale pursuant to Order Granting Motion to Sell (Doc. No. 28). | 8500-002 | | 4,000.00 | 1,230.00 |
| 04/16/18 | {15} | Roland Maki | Tax refund of $402.00.  Pro rata estate portion of $398.66 and pro rata non-estate portion of $3.34. | 1224-000 | 398.66 | | 1,628.66 |
| 04/21/18 | {2} | Star Pointe Capital LLC | Funds for sale of real property interest in 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 4,315.10 | | 5,943.76 |
| 04/21/18 | {3} | Star Pointe Capital LLC | Funds for sale of real property interest in 7226 Jenner Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 5,643.60 | | 11,587.36 |
| 04/23/18 | 102 | Clerk of Court | Payment of FL documentary stamp tax on 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 797.30 | 10,790.06 |
| 04/23/18 | 103 | Clerk of Court | Payment of recording costs on 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 18.50 | 10,771.56 |
| 04/23/18 | 104 | Clerk of Court | Payment of FL documentary stamp tax on 7226 Jenner Ave. pursuant to Order Granting Motion to Sell (Doc. No. 28). | 2500-000 | | 625.10 | 10,146.46 |
| 04/23/18 | 105 | Clerk of Court | Payment of recording costs on 7226 Jenner Ave. pursuant to | 2500-000 | | 18.50 | 10,127.96 |

Page Subtotals: $19,597.36    $9,469.40

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6666 Checking Account |
| For Period Ending: | 01/27/2019 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Order Granting Motion to Sell (Doc. No. 28). | | | | |
| 04/24/18 | {2} | Star Pointe Capital LLC | Funds for sale of real property interest in 5318 Poinsettia Dr. pursuant to Order Granting Motion to Sell (Doc. No. 29). | 1110-000 | 100.70 | | 10,228.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 10,218.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.16 | 10,202.50 |
| 11/06/18 | 106 | Christine Herendeen | Combined trustee compensation & expense dividend payments. | | | 2,075.76 | 8,126.74 |
| | | | Claims Distribution - Thu, 06-14-2018       $1,919.81 | 2100-000 | | | 8,126.74 |
| | | | Claims Distribution - Thu, 06-14-2018       $155.95 | 2200-000 | | | 8,126.74 |
| 11/06/18 | 107 | Christine L. Herendeen | Distribution payment - Dividend paid at 100.00% of $1,237.50; Claim # ; Filed: $1,237.50 | 3110-000 | | 1,237.50 | 6,889.24 |
| 11/06/18 | 108 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 10.55% of $3,045.86; Claim # 1-1; Filed: $3,045.86 | 7100-000 | | 321.35 | 6,567.89 |
| 11/06/18 | 109 | First National Bank of Omaha | Distribution payment - Dividend paid at 10.55% of $3,660.70; Claim # 2-1; Filed: $3,660.70 | 7100-000 | | 386.22 | 6,181.67 |
| 11/06/18 | 110 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP | Distribution payment - Dividend paid at 10.55% of $1,736.94; Claim # 3; Filed: $1,736.94 | 7100-000 | | 183.26 | 5,998.41 |
| 11/06/18 | 111 | Quantum3 Group LLC as agent forSecond Round Sub LLC | Distribution payment - Dividend paid at 10.55% of $2,299.45; Claim # 4; Filed: $2,299.45 | 7100-000 | | 242.60 | 5,755.81 |
| 11/06/18 | 112 | Absolute Resolutions Investments, LLCc/o Five Lakes Agency, Inc. | Distribution payment - Dividend paid at 10.55% of $9,414.96; Claim # 5; Filed: $9,414.96 | 7100-000 | | 993.32 | 4,762.49 |
| 11/06/18 | 113 | Quantum3 Group LLC as agent forVelocity Investments LLC | Distribution payment - Dividend paid at 10.55% of $20,814.53; Claim # 6; Filed: $20,814.53 | 7100-000 | | 2,196.03 | 2,566.46 |
| 11/06/18 | 114 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | Distribution payment - Dividend paid at 10.55% of $4,507.39; Claim # 7; Filed: $4,507.39 | 7100-000 | | 475.55 | 2,090.91 |
| 11/06/18 | 115 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.al | Distribution payment - Dividend paid at 10.55% of $3,322.81; Claim # 8; Filed: $3,322.81 | 7100-000 | | 350.57 | 1,740.34 |
| 11/06/18 | 116 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. | Combined dividend payments for Claim #9, 12 | | | 482.62 | 1,257.72 |
| | | | Page Subtotals: | | $100.70 | $8,970.94 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 8:17-bk-10721-CPM | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | MAKI, ROLAND K | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3512 | Account #: | ******6666 Checking Account |
| For Period Ending: | 01/27/2019 | Blanket Bond (per case limit): | $26,930,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Thu, 06-14-2018 $316.20 | 7100-000 | | | 1,257.72 |
| | | | Claims Distribution - Thu, 06-14-2018 $166.42 | 7100-000 | | | 1,257.72 |
| 11/06/18 | 117 | MERRICK BANKResurgent Capital Services | Distribution payment - Dividend paid at 10.55% of $2,403.87; Claim # 10; Filed: $2,403.87 | 7100-000 | | 253.62 | 1,004.10 |
| 11/06/18 | 118 | LVNV Funding, LLC its successors and assigns asassignee of FNBM, LLC | Distribution payment - Dividend paid at 10.55% of $2,521.90; Claim # 11; Filed: $2,521.90 | 7100-000 | | 266.07 | 738.03 |
| 11/06/18 | 119 | Ashley Funding Services, LLC its successors andassigns as assignee of Laboratory Corporation of America Holdings | Distribution payment - Dividend paid at 10.55% of $432.00; Claim # 13; Filed: $432.00 | 7100-000 | | 45.58 | 692.45 |
| 11/06/18 | 120 | Largo Medical CenterResurgent Capital Services | Distribution payment - Dividend paid at 10.55% of $425.00; Claim # 14; Filed: $425.00 | 7100-000 | | 44.84 | 647.61 |
| 11/06/18 | 121 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 10.55% of $1,071.95; Claim # 15; Filed: $1,071.95 | 7100-000 | | 113.10 | 534.51 |
| 11/06/18 | 122 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 10.55% of $5,066.25; Claim # 16; Filed: $5,066.25 | 7100-000 | | 534.51 | 0.00 |
| | | **COLUMN TOTALS** | | | 19,698.06 | 19,698.06 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 4,000.00 | 4,000.00 | |
| | | **Subtotal** | | | 15,698.06 | 15,698.06 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$15,698.06** | **$15,698.06** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 8:17-bk-10721-CPM | | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | MAKI, ROLAND K | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3512 | | **Account #:** | ******6667 Escrow Account |
| **For Period Ending:** | 01/27/2019 | | **Blanket Bond (per case limit):** | $26,930,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/15/18 | | From Account #******6666 | Good faith deposit to bid on real property pursuant to Motion to Sell (Doc. No. 19) trasferred to separate acct for waiver of bank fees pending auction.  clh | 9999-000 | 4,000.00 | | 4,000.00 |
| 04/07/18 | | To Account #******6666 | Transferring funds to return good faith deposit to unsuccessful bidder on real property sale. | 9999-000 | | 4,000.00 | 0.00 |
| | | **COLUMN TOTALS** | | | **4,000.00** | **4,000.00** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 4,000.00 | **4,000.00** | |
| | | **Subtotal** | | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)                          ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 5

**Cash Receipts And Disbursements Record**

| | | | |
|---|---|---|---|
| **Case No.:** | 8:17-bk-10721-CPM | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** | MAKI, ROLAND K | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***3512 | **Account #:** | ******6667 Escrow Account |
| **For Period Ending:** | 01/27/2019 | **Blanket Bond (per case limit):** | $26,930,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6666 Checking Account | $15,698.06 | $15,698.06 | $0.00 |
| ******6667 Escrow Account | $0.00 | $0.00 | $0.00 |
| | **$15,698.06** | **$15,698.06** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)